# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALLISON SLACK ODOM

VERSUS

LUTHER RUDOLPH ODOM, III

NO.   2022 CW 0536

**AUGUST 12,  2022**

---

In Re:   Luther  Rudolph  Odom,  III,  applying  for  supervisory
writs,  22nd  Judicial  District  Court,  Parish  of  St.
Tammany, No. 2017-11164.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT   DENIED.**    The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam) are not met.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sw0_

DEPUTY CLERK OF COURT
FOR THE COURT